# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION
### Case Number: 1:17-cv-00852-TDS-LPA

| | |
|---|---|
| DEBORAH HILTON, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| STERN & EISENBERG P.C., STERN & EISENBERG SOUTHERN P.C., and JOHN DOES 1-25, | ) ) ) ) |
| Defendants. | ) |

Plaintiff Deborah Hilton and Defendants Stern & Eisenberg P.C. and Stern & Eisenberg Southern P.C. stipulate to the dismissal with prejudice of Plaintiff's individual claims, and to the dismissal without prejudice of the putative class members' claims, with all parties to bear their own costs and attorney fees.

July 18, 2019

/s/ Craig M. Shapiro
Craig M. Shapiro
NC State Bar No.: 48887
Law Offices of John T. Orcutt, P.C.
1738 Hillandale Road, Suit D
Durham, North Carolina 27705
Telephone: (919) 286-1695
cshapiro@johnorcutt.com

*Counsel for Plaintiff*

/s/ Christopher J. Derrenbacher
Christopher Derrenbacher
NC State Bar No.: 25402
Lewis Brisbois Bisgaard & Smith LLP
4101 Lake Boone Trail, Suite 514
Raleigh, North Carolina 27607
Telephone: (919) 459-6186
christopher.derrenbacher
@lewisbrisbois.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I, Craig Shapiro, certify that on July 18, 2019, the foregoing document was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service as follows:

>Christopher Derrenbacher
>christopher.derrenbacher@lewisbrisbois.com

>*Attorney for Defendants*


>>/s/ Craig Shapiro
>>Craig Shapiro